■ SIDNEY PHILLIPS et al., Suing Individually in Their Own Rights and as Stockholders and Directors of Criterion Books, Inc., Appellants, v. ABELARD-SCHUMAN LIMITED et al., Respondents.— Order entered on November 13, 1962, insofar as it denied plaintiffs' application for temporary injunctive relief, unanimously affirmed, with $20 costs and disbursements to respondents, but without prejudice to plaintiffs making a new motion for a temporary injunction if the current inspection of defendants' books and records provides basis for such relief. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ STERLING, GRACE & Co. et al., Individually and as Stockholders of Seabrook Farms Co., Suing on Behalf of Themselves and All of Other Stockholders of Said Corporation, Appellants, v. SEEMAN BROTHERS, INC., et al., Respondents.— Order, entered on May 4, 1961, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ. [29 Misc 2d 561.]

■ In the Matter of EDYTHE V. CONLON, as Executrix of EDYTHE K. VAN REES, Deceased, Appellant, v. RICHARD P. VAN REES et al., Respondents.— Order, entered on September 19, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents-respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORING R. GALE et al., v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ HONEY MANN v. COMPANIA PETROLERA TRANS-CUBA, S. A., et al.— Motion to dismiss appeals or for leave to reargue denied, with $10 costs, without prejudice to any appropriate motion that any of the parties may be advised to bring on at Special Term. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MALCOLM WHITE et al. v. GLOBE INDEMNITY COMPANY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, Eager, Steuer and Bergan, JJ.

■ WILLIAM D. FUGAZY v. TIME, INC., et al.— Motion for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ (A) INEZ ROACH, Also Known as INEZ R. HUNTER v. SYDNEY SNITOW et al. (B) BETTY GIRODANO v. TRAVELERS INSURANCE COMPANY.— [In each action] Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.